# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACOB NATHANIEL BURKE,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>CITY OF MODESTO, et al.,<br><br>　　　　Defendants. | Case No. 1:19-cv-00598-LJO-SAB<br><br>ORDER RE STIPULATION TO CONTINUE SCHEDULING CONFERENCE<br><br>(ECF No. 8) |

On May 2, 2019, this action was removed from the Stanislaus County Superior Court to this Court. (ECF No. 1.) On May 6, 2019, the Court set a mandatory scheduling conference to take place on July 11, 2019. (ECF No. 4.) On May 29, 2019, the parties filed a stipulation requesting the Court continue the scheduling conference until July 18, 2019, due to the unavailability of counsel on that date. (ECF No. 8.)

Accordingly, IT IS HEREBY ORDERED that the scheduling conference currently set for July 11, 2019, is CONTINUED to July 18, 2019 at 1:30 p.m. in Courtroom 9.

IT IS SO ORDERED.

Dated: **May 30, 2019**

　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1