# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACOB NATHANIEL BURKE,<br><br>        Plaintiff,<br><br>    v.<br><br>CITY OF MODESTO, et al.,<br><br>        Defendants. | Case No. 1:19-cv-00598-LJO-SAB<br><br>ORDER DIRECTING CLERK OF COURT TO ASSIGN A DISTRICT JUDGE FOR THE PURPOSES OF CLOSING THIS ACTION AND ADJUST DOCKET TO REFLECT VOLUNTARY DISMISSAL PURSUANT TO RULE 41(a) OF THE FEDERAL RULES OF CIVIL PROCEDURE<br><br>(ECF No. 14) |

On February 28, 2020, a stipulation was filed dismissing this action with prejudice with each party to bear its own costs and fees. In light of the stipulation of the parties, this action has been terminated, Fed. R. Civ. P. 41(a)(1)(A)(ii); Wilson v. City of San Jose, 111 F.3d 688, 692 (9th Cir. 1997), and has been dismissed with prejudice and without an award of costs or attorneys' fees.

Accordingly, the Clerk of the Court is HEREBY DIRECTED to assign a district judge to this case for the purpose of closing the case and then to adjust the docket to reflect voluntary dismissal of this action pursuant to Rule 41(a).

IT IS SO ORDERED.

Dated:   **March 2, 2020**

                                UNITED STATES MAGISTRATE JUDGE